IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 18-CR-30063-08-NJR |
| | ) |
| DAWN KENSHALO, | ) **FILED UNDER SEAL** |
| | ) |
| Defendant. | ) |

## UNITED STATES OF AMERICA'S
## *EX PARTE* MOTION TO REVOKE BOND

The United States of America, by Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Derek J. Wiseman, Assistant United States Attorney, moves for an order revoking Defendant's bond and remanding him to the custody of the United States Marshal pending a detention hearing in this case, and in support thereof states as follows:

1. On October 16, 2018, Defendant was charged along with ten co-conspirators in an eleven count Superseding Indictment. Defendant was charged with one count of Conspiracy to Distribute Methamphetamine, Title 21, United States Code, Section 846 (Count 1) and three counts of Distribution of Methamphetamine, Title 21, United States Code, Section 841(a)(1) (Counts 2, 6, and 8). On October 24, 2018, Defendant's Initial Appearance and Arraignment was held in front of the Honorable Stephen C. Williams. Defendant Kenshalo was released on bond with conditions on that same date.

2. Defendant has violated the terms and conditions of her release in that she has possessed and used controlled substances and is refusing to participate in a substance abuse counseling program, both requirements of her bond. Probation submitted bond violation reports on November 6, 2018, and November 7, 2018, outlining Defendant's conduct.

WHEREFORE, based on the above, the United States of America moves for the issuance of an arrest warrant and for the temporary detention of the Defendant to permit revocation of the Defendant's conditional release, pursuant to Title 18, United States Code, Section 3148(b).

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney


s/ Derek J. Wiseman
DEREK J. WISEMAN
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700
E-mail:  derek.wiseman@usdoj.gov