AO 245B (SDIL Rev. 04/16) Judgment in a Criminal Case

Judgment Page **2** of **7**

DEFENDANT: DAWN KENSHALO
CASE NUMBER: 18-CR-30063-NJR-08

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of **43 months as to Counts 1, 3, 7, and 9 of the Second Superseding Indictment. All counts shall run concurrently.**

☒ The court makes the following recommendations to the Bureau of Prisons: **the Court recommends that Defendant be considered for the RDAP Program or, if she is not eligible for that program for any reason, that she receive other substance abuse treatment, as well as mental health treatment. The Court also recommends placement at FCI Greenville, Illinois, to be near her family.**

☒ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on **6-21-2019** to **FCI GRE**
at **Greenville, IL**, with a certified copy of this judgment

_T.G. Werlich_
~~UNITED STATES MARSHAL~~
Warden

By _S. Todd_ _[signature]_
~~DEPUTY UNITED STATES MARSHAL~~
CSO